UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CONYA HOLMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EAST COAST LUMBERTON, *et al.*,<br><br>　　　　Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>No. 23-08376 (KMW-MJS)<br><br>MEMORANDUM OPINION AND ORDER |

WHEREAS, the Court denied Plaintiff's Second Application to Proceed in Forma Pauperis without prejudice on October 27, 2023 (ECF No. 8), directing Plaintiff to file a completed Application to Proceed in Forma Pauperis or pay the $402 filing fee within 30 days of entry of the order; and

WHEREAS, to date, Plaintiff has failed to respond.

IT IS HEREBY on this 20th day of December, 2023,

**ORDERED** that this case be **DISMISSED**; and

**FURTHER ORDERED** that the Clerk's Office close this case.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Karen M. Williams
　　　　　　　　　　　　　　　　　　　　　　　KAREN M. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge